# Exhibit 1

B6A (Official Form 6A)(12/07)

Case 8:09-bk-20860-ES   Doc 5-1   Filed 10/08/09   Entered 10/08/09 11:49:05   Desc
Exhibit Exhbit 1 through 3 to Motion   Page 2 of 24

IN RE <u>Okuda, Alex Hideki & Okuda, Junko</u>       Case No. _____

                          Debtor(s)                                           (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>65 Coronado Cay Ln<br>Aliso Viejo, CA 92656<br>APN# 937-988-57 | | C | 285,000.00 | 503,571.00 |
| | | TOTAL | 285,000.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Exhibit 2

IN RE <u>Okuda, Alex Hideki & Okuda, Junko</u>                    Case No. _____

Debtor(s)                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "X" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2396 <br><br> **American Honda Finance Corporation** <br> **P.O Box 6070** <br> **Cypress, CA 90630** | | C | 2006 Honda Odyssey Lease VIN 2840 <br><br><br> VALUE $ | | | | 19,887.00 | 19,887.00 |
| ACCOUNT NO. 9620 <br><br> **Indy Mac Federal Bank** <br> **P.O. Box 4045** <br> **Kalamazoo, MI 49003** | | C | 12/05 <br> **First Deed of Trust** <br> **65 Coronado Cay Lane** <br> **Aliso Viejo, CA 92656** <br><br> VALUE $ 285,000.00 | | | | 424,108.00 | 139,108.00 |
| ACCOUNT NO. 5391 <br><br> **Washington Mutual Bank** <br> **3990 S Babcock St** <br> **Melbourne, FL 32901** | | | Revolving account opened 2006-04-19 <br><br><br> VALUE $ 285,000.00 | | | | 79,463.00 | 79,463.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br> VALUE $ | | | | | |

<u>**0**</u> continuation sheets attached

Subtotal (Total of this page) $ **523,458.00** $ **238,458.00**

Total (Use only on last page) $ **523,458.00** $ **238,458.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Exhibit 3



**PB** *PROPERTY AND BUSINESS APPRAISAL COMPANY*
*PHONE (760) 772-4106     FAX (760)772-4107     CELL(818)422-9616*

July 13, 2009

Mr. Hideki Okuda
c/o Mr. Irwin Friedman, Esq.
879 W. 190th Street - 4th Floor
Gardena, CA 90248

Re: Appraisal of 65 Coronado Cay Lane, Aliso Viejo, CA

Der Mr. Okuda:

Forwarded herewith is my appraisal report on the above referenced parcel of
real property for the purpose of estimating the Fair Market Value on or about
July 2, 2009.

Based upon my investigation, and for reasons hereinafter set forth in the body
of the report, it is my considered conclusion that the Fair Market Value of the
property in question, on or about the date of value, is

TWO HUNDRED EIGHTY-FIVE THOUSAND DOLLARS
($285,000.00.00)

Should you have any questions regarding either the reported value or the scope
of the investigation, please call this office.

Sincerely,

PROPERTY/BUSINESS APPRAISAL COMPANY

Richard E. Gould
CA Cert. Gen. Appraiser

*200 SAVAGE DR., CATHEDRAL CITY, CA 92234*



## STATEMENT OF LIMITING CONDITIONS

All facts and data set forth in this report are true and accurate to the best of the appraiser's knowledge and belief. I have made a personal inspection of the premises of the subject property. I have no interest, financially or otherwise, in the property being appraised.

The fee for the appraisal report is not contingent upon the value reported.

No investigation of legal fee or title to the property has been made and the owner's claim to any property has been assumed valid. No consideration has been given to liens or encumbrances which may be against any property except as specifically stated in the report.

All opinions of value are presented as the appraiser's considered opinion based on the facts and data set forth in the report.



**Statement of Limiting Conditions, Cont'd.**

While I accept as correct the information furnished me by others, no guarantee is made herein for the validity of such information.

Testimony or attendance in court by reason of this appraisal shall not be required of the appraiser unless previous arrangements have been made for such service.

Neither all nor any part of the contents of this appraisal report shall be conveyed to the public through advertising, public relations, news, sales or other media, without the written prior consent of Property and Business Appraisal Company.

Unless otherwise stated in this report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphenyis, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, was not called to the attention of nor did the appraiser become aware of such during the appraiser's inspection.



**<u>Statement of Limiting Conditions, Cont'd.</u>**

The appraiser, however, is not qualified to test such substances nor conditions. If the presence of such substances, such as asbestos, urea formaldehyde, foam insulation or other hazardous substances or environmental conditions, may effect the value of the property or in such proximity thereto that it would cause a loss in value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

The client is urged to retain an expert in the field of environmental impacts upon the real estate if so desired.

The appraiser has no knowledge regarding the condition of the underground soil or possibility of contaminants and no environmental impact report is known to have been prepared by a professional chemical engineer. It is not feasible for the appraiser to calculate a defensible estimate regarding the possible contamination of the subsurface soil.



## PURPOSE OF APPRAISAL

The purpose of this appraisal report is to estimate the current Fair Market Value of

property located at 65 Coronado Cay Lane, Aliso Viejo, CA 92656

## DATE OF VALUE

The effective date of value for this appraisal report is on or about July 2, 2009

## DEFINITION OF VALUE

The term Fair Market Value as used in this report is defined as follows:

The most reasonable price expressed in terms of dollars which a property

will sell for if offered for sale on the open market for a reasonable length

of time sufficient to find a knowing and willing buyer, assuming a knowing

and willing seller, neither party acting under duress or compulsion.





## VIEW OF SUBJECT PROPERTY



## LEGAL DESCRIPTION

The subject property is situated in the City of Aliso Viejo, County of Orange, State of California, and is legally described as follows:

Tract 13961, Por of Lot 1 of Project 937-68 together with an Und. 1/24th Int in that Por.of PA

ALSO KNOWN AS O.C.A. Parcel No. 937-98-857

## AREA DESCRIPTION

The subject property is located in a good grade, homogeneous residential development well situated for schools, shops, entertainment, recreation, medical and professional facilities. The area is well served by major traffic arteries, and has easy access to the freeway system.

# PB



## PLAT MAP



## DESCRIPTION OF IMPROVEMENTS

The subject improvement is a 2 story condominium unit constructed circa 1996 with some 1,300 square feet. The unit contains 2 bedrooms and 2 bathrooms and a 2 car garage.

Wood frame and stucco construction; concrete foundation with poured concrete slab flooring; drywall interior walls, partitions and ceilings; gas fired forced air heating and central refrigerated air conditioning; composition roof cover; fireplace.

The observed physical condition of the subject improvements is good, and no evidence of deferred exterior maintenance was noted. The development has a community pool area

All public utilities and street improvements are in and connected to the site.

Based on existing zoning regulations and prevailing land uses in the subject area, the appraiser is of the opinion that the subject unit represents the current and near foreseeable future Highest and Best Use for the subject site.

8



## PROPERTY VALUATION

The Market or Comparison Approach was employed by the appraiser to form the foundation for the final estimate of current market value.  In the application of this approach to a value indicator, the appraiser researched recent sales of properties in the general area of the subject, and the subject was then compared to the sales properties in light of such factors as location, condition, age, and other items of comparability.

The following sales were gleaned and analyzed by the appraiser:

Sale No. 1:

1 Breakers Lane, Aliso Viejo, CA

2 bedroom and 2 bath condo in good condition.

Sold 4/2/09 for $275,000.

(Continued)



## Property Valuation, Cont'd

### Sale No. 2

43 Tradewinds, Aliso Viejo, CA

2 bedroom and 2 bath condo; Good physical condition.

Sold 3/4/09 for $294,000.

### Sale No. 3

43 Tradewinds, Aliso, Viejo, CA

2 bedroom and 2 bath condo; Good physical condition

Sold 4/15/09 for $286,000

All of the sale properties are located in the same development as the subject, and the subject compares favorably to all of the comp properties as regards the factors of location, age amenities and condition.

(Continued)



## Property Valuation, Cont'd.

After a careful review and analysis of the data gleaned during the course of the drive-by appraisal process, it is the considered opinion of the appraiser that the indicated current Fair Market Value of the subject property, on or about the date of value, is

TWO HUNDRED EIGHTY-FIVE THOUSAND DOLLARS($285,000.00)



**ADDENDA**



## PROFESSIONAL QUALIFICATIONS

Richard Gould, owner of PROPERTY AND BUSINESS APPRAISAL COMPANY, has been actively engaged in the field of real, personal, and intangible valuations since 1956.

He was graduated from the University of California at Los Angeles with a Bachelor of Science degree from the school of Business Administration and Real Estate.

Prior to forming his own company in 1968, Mr. Gould was a senior staff appraiser with Marble Mortgage Company, Continental Service Company, American Savings and Loan Association, and Tait Appraisal Company.

He has performed valuations for eminent domain proceedings, property tax, estate and gift tax, dissolutions of marriage, sale and purchase, finance, allocation of purchase, underwritings and public offerings for submission to California State Division of Corporations, business, professional practice, Goodwill, bankruptcy, probate, et cetera.

Mr. Gould has qualified as an expert witness in Superior Court, State of California, in Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego, Kern, Mojave and San Francisco Counties.

He is an approved appraiser for the General Services Administration, United States Government, and the California State Division of Corporations.

Mr. Gould is a Certified General Real Estate Appraiser with the State of California, and was awarded his Senior Member designation from the National Association of Independent Fee Appraisers in 1973.



**Professional Qualifications, Cont'd.**
**Page 2**

A representative list of property, going concern, professional practice, business, and other valuations are as follows:

Patents, Contracts, Franchise, and Other Intangibles

Concrete Steel Corporation
Medford, Oregon

Familian Corporation
Santa Monica, California

Hauser Motors
Van Nuys, California

Luper Enterprises
Ventura, California

The Nugget, Inc.
Lake Tahoe, Nevada

Bagdad Copper Company
Phoenix, Arizona

Gustasfson Chevrolet
Eureka, California


Federal, Gift and Estate Tax

Estate of Jeanette McDonald Raymond

Estate of Peter Strub



**Professional Qualifications, Cont'd.**
**Page 3**

Dissolution Matters

Perma-Bilt Industries,
Torrance, California

Holiday Motors, Inc.
Sherman Oaks, California

Admiral Glass Company
San Fernando, California

Fidelity Pharmacy,
Woodland Hills, California

H. Frankenstein Company
Los Angeles, California

Cramer vs Cramer
Motion Picture Industry

Cooperman vs Cooperman
Dental Profession

Jenkins vs Jenkins
A Medical Practice

Kessler vs Kessler
A Legal Practice

Rostow vs Rostow
A Legal Practice

Campbell vs Campbell
A Chiropractic Practice



**Professional Qualifications, Cont'd.**
**Page 4**

Finance and Underwriting

Reeves Rubber Company
Oceanside, California

Del Rio Country Club
Modesto, California

Wishing Well Hotel
Oceanside, California

San Jose Medical Clinic
San Jose, California

Don Lee Broadcasting
Fort Smith, Arkansas

Accro Metals, Inc.
North Hollywood, California

Alumina Ferrite Corp.
North Hollywood, California

and others included in prior headings



**Professional Qualifications, Cont'd.**
**Page 5**

Banks and Lending Institutions

Bank of America

Warner Center Bank

Imperial Bank

Manufactures Bank

Prudential Insurance Co.

Metropolitan Insurance Co.

Home Savings and Loan Association

Federal Credit Union

Long Beach Bank

Wells Fargo Bank

and others



**Professional Qualifications, Cont'd.**
**Page 6**

Attorneys at Law

Donald Woldman
Century City

William Haber
Los Angeles

Eisenfelder and Eliaser
Los Angeles

Flynn, Knerr, and Oyler
Santa Monica

Norman Rose
Beverly Hills

Brian Moore
Woodland Hills

Robert McFadden
Palm Springs

Victoria Penley
Indio

Gerald Condon
Santa Monica

Sidney Kulchin
Encino

and others